Debbie COGHILL, Plaintiff-Appellant,

v.

BOARD OF EDUCATION FOR
PRINCE GEORGE'S COUN-
TY, Defendant-Appellee.

No. 17-1765

United States Court of Appeals,
Fourth Circuit.

Submitted: November 21, 2017

Decided: November 27, 2017

Debbie Coghill, Appellant Pro Se. Lind-
say A. Freedman, Linda Hitt Thatcher,
Wayne Bennett Wiseman, THATCHER
LAW FIRM, Greenbelt, Maryland, for Ap-
pellee.

Before WYNN and THACKER, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debbie Coghill appeals from the district court's orders granting the Board of Education for Prince George's County summary judgment on her claims brought pursuant to the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213 (2012), and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012), and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Coghill v. Board of Educ. for Prince George's Cty.*, No. 8:14-cv-02767-GJH, 2017 WL 1049470, 2017 WL 2779624 (D. Md. Mar. 17, 2017; filed June 23, 2017 & entered June 26, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*